UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HEALTHCARE INDUSTRY SELF INSURANCE PROGRAM OF CALIFORNIA, INC.,<br><br>　　　　Debtor,<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Appellant,<br><br>　vs.<br><br>HOWARD B. GROBSTEIN, CHAPTER 7 TRUSTEE; WILLIAM MAJOR CHANCE; RONALD MAYER; ROBERT FORAN; SIMCHA MANDELBAUM; MICHAEL URANGA; RANDY TAYLOR; DAVID SCHACHTER; AND PAUL PINCKNEY,<br><br>　　　　Appellees. | United States District Court<br>Case No. 5:15-cv-02628-JAK<br><br>[Bankr. Case No. 6:14-bk-19238-MW]<br><br>**ORDER RE STIPULATION TO DISMISS APPEAL**<br><br>**JS-6** |

///

///

///

///

| | |
|---|---|
| 1 | The Court having considered the *Stipulation for Dismissal of Appeal* (the |
| 2 | "Stipulation") filed by the appellant and appellees in this appeal (*docket no. 27*), for |
| 3 | good cause appearing, hereby |
| 4 | **ORDERS THAT:** |
| 5 | 1.    This appeal is dismissed |
| 6 | 2.    Each party shall bear its own fees and costs incurred in this appeal, |
| 7 | except as provided in the *Settlement Agreement and Release of Claims* approved by |
| 8 | the United States Bankruptcy Court for the Central District of California in *In re* |
| 9 | *Healthcare Industry Self Insurance Program of California, Inc.*, Bankr. Case No. |
| 10 | 6:14-bk-19238-MW. |
| 11 | IT IS SO ORDERED. |
| 13 | DATED: October 13, 2017 |

                                              JOHN A. KRONSTADT
                                              UNITED STATES DISTRICT JUDGE